## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**
counsel: <u>AUSA Chris Givens</u>

Judge: J. Leon Holmes
Reporter: _*M. Power*_
CRD: C. Wilkins

v.                                                  NO. 4:13CR00068-04 JLH        USPO: _*A. Ellis*_

**RASHEAD STATON**
counsel: <u>Danny Glover</u>

### MINUTES - CHANGE OF PLEA

On ___*JANUARY 2, 2014*___ the above named defendant appeared in person before

U.S. District Judge J. Leon Holmes, with ___*Danny Glover*___, counsel ( ) retained

by the defendant/ (X) appointed by the Court, and said defendant stated in open court that _*HE*_ desired to

withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s)

___*17*___ of the (X) Indictment; ( ) Superseding Indictment; ( ) Information; ( ) Superseding

Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied

there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

__X__ Plea Agreement filed in open court

Whereupon:

(X) The Court postponed sentencing until ___*Completion of PSR*___;

( ) Defendant is allowed to remain on current bond until that time;

( ) Defendant is remanded to the custody of the U.S. Marshal until a _____ bond
in the amount of _____ is posted;

(X) Defendant is remanded to the custody of the U.S. Marshal until sentencing;

( ) Defendant is released from the custody of the U.S. Marshal with restrictions;

Count(s) *1,5,16,19,27* dismissed on motion of the Assistant U.S. Attorney as to this defendant.

All motions heretofore pending before the Court were rendered moot by the entry of this plea.

BEGIN___*2:59 pm*___                    END___*3:20 pm*___