IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA
counsel: AUSA Chris Givens

v.  NO. 4:13CR00068-04 JLH

RASHEAD STATON
counsel: Danny Glover

Judge: J. Leon Holmes
Reporter: G. Power
CRD: C. Wilkins
USPO: A. Ellis
Date: April 15, 2014

## MINUTES - SENTENCING

BEGIN: 2:11 pm   END: 2:22 pm

(X) Government's Motion to Award Third Point for Acceptance of Responsibility granted in open court
Other:_____

IMPRISONMENT: __60 MONTHS__ BOP with following recommendations:

SUPERVISED RELEASE: __4__ years   PROBATION: _____ years

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

(X) Defendant must participate, under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment and must abstain from the use of alcohol throughout the course of any treatment.
(X) Defendant must cooperate in the collection of DNA as directed by the probation officer.
( ) Defendant must participate as directed in mental health treatment under the guidance and supervision of the U.S. Probation Office.
(X) Defendant may not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
( ) Supervised release is to be administered by the district where the defendant is a legal resident.
( ) Defendant must disclose financial information to the U.S. Probation Office upon request and may not obtain any new lines of credit.
(X) Other: __SEE J&C__

(X) Defendant is remanded to custody of U.S. Marshal
( ) Defendant to surrender to designated institution/ U.S. Marshal by _____

Fine:_____   To be paid:_____
Restitution_____   To be paid:_____
Special assessment: $100.00   To be paid:_____