IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
APR 1 5 2014
JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 4:13-cr-00068 JLH |
| | ) |
| RASHEAD STATON | ) |
| a/k/a "WESTSTIDE" | ) |

**TWO-LEVEL BASE OFFENSE LEVEL VARIANCE STIPULATION**

The United States Attorney for the Eastern District of Arkansas, Christopher R. Thyer, by and through Chris Givens, Assistant United States Attorney, and Rashead Staton, defendant, represented by the undersigned counsel, hereby agree to the following variance stipulations:

1. Notwithstanding any other provision in the Plea Agreement regarding a variance, the defendant may seek a two-level downward variance based on the presently proposed United States Sentencing Guidelines (U.S.S.G.) amendment to Section 2D1.1, published January 17, 2014. Based solely on instruction from the Attorney General of the United States, the United States agrees not to object to the defendant's request for a two-level variance, notwithstanding the fact that the proposed U.S.S.G. amendment is not final. If the defendant receives a variance as described above, the defendant hereby waives his/her right to appeal his/her sentence under Title 18, United States Code, Section 3582(c) in the event the proposed amendment is adopted.

[End of text. Signature page to follow.]

1

DATED this 15th day of April, 2014.

                                          CHRISTOPHER R. THYER
                                        United States Attorney

By: _____
Chris Givens
Asst. United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
501/340-2600

_____
RASHEAD STATON
Defendant

_____
DANNY GLOVER
Attorney for Defendant

2