**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                         NO. 4:13-cr-00068-JM-4

RASHEAD STATON                                                                                               DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, June 16, 2021, for a scheduled hearing on the government's motion to revoke the supervised release of defendant Rashead Staton.   Assistant United States Attorney Chris Givens was present for the government.   The defendant appeared in person with his attorney, Tony B. Brasuell.

Upon inquiry from the Court, the defendant admitted allegation nos. 1, 2, 4, 5, 6, and 7 in the motion to revoke.   The government presented no evidence as to allegation no. 3, and that violation was dismissed.   Following statements by counsel and the defendant, the Court determined the motion to revoke should be GRANTED.   Doc. No. 488.

IT IS THEREFORE ORDERED that defendant Rashead Staton is hereby **sentenced to SIXTY (60) DAYS imprisonment, with 58 days credit towards his sentence for the time he has spent in custody, to be followed by two (2) months home detention.** During home detention the defendant will be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation office.

**A term of supervised release of ONE (1) YEAR is imposed to commence upon completion of the defendant's home detention.**

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 16th day of June 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE